**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | No. 133 |
| | : | |
| AMENDMENT OF RULE | : | DISCIPLINARY RULES DOCKET |
| 502(b) OF THE | : | |
| PENNSYLVANIA RULES OF | : | |
| DISCIPLINARY ENFORCEMENT | : | |
| AND RULE 1.15(u) OF THE | : | |
| PENNSYLVANIA RULES OF | : | |
| PROFESSIONAL CONDUCT | : | |
| | : | |
| | : | |

## O R D E R

**PER CURIAM**

AND NOW, this 9th day of February, 2015, it is hereby ORDERED that Rule 502(b) of the Pennsylvania Rules of Disciplinary Enforcement and Rule 1.15(u) of the Pennsylvania Rules of Professional Conduct are amended in the attached form. These amendments shall be effective for the 2015-16 annual attorney assessment and shall continue until further Order of this Court.

Pursuant to Rule 103 of the Pennsylvania Rules of Judicial Administration, the immediate amendment of Rule 502(b) of the Pennsylvania Rules of Disciplinary Enforcement and Rule 1.15(u) of the Pennsylvania Rules of Professional Conduct is required in the interest of efficient administration.

This Order shall be processed in accordance with Rule 103(b) of the Pennsylvania Rules of Judicial Administration and shall be effective immediately.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and in brackets.

**Rule 502(b).  Pennsylvania Lawyers Fund for Client Security**

*****

  **(b) Additional fee.**  Every attorney who is required to pay an active annual fee under Rule 219 (relating to annual registration of attorneys) shall pay an additional annual fee of **[$40.00]** <u>$45.00</u> for use by the Fund.  Such additional fee shall be added to, and collected with and in the same manner as, the basic annual fee**[, but the statement mailed by the Attorney Registration Office pursuant to Rule 219 shall separately identify the additional assessment imposed pursuant to this subdivision]**.  All amounts received pursuant to this subdivision shall be credited to the Fund.

*****

**Rule 1.15.  Safekeeping Property.**

\* \* \* \* \*

(u) Every attorney who is required to pay an active annual assessment under Rule 219 of the Pennsylvania Rules of Disciplinary Enforcement (relating to annual registration of attorneys) shall pay an additional annual fee of **[$35.00]** <u>**$30.00**</u> for use by the IOLTA Board.  Such additional assessment shall be added to, and collected with and in the same manner as, the basic annual assessment**[, but the statement mailed by the Attorney Registration Office pursuant to Rule 219 shall separately identify the additional assessment imposed pursuant to this subdivision]**.  All amounts received pursuant to this subdivision shall be credited to the IOLTA Board.

\* \* \* \* \*